GRAVES & WALTON LLP
Philip J. Graves (SBN 153441)
pgraves@graveswalton.com
Shen Li Khong (SBN 261326)
skhong@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

CLOSED

Attorneys for Defendant
FOTONA d.d.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENNIUM DENTAL TECHNOLOGIES, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>FOTONA d.d.<br><br>        Defendant. | CASE NO. CV 09-1792-R-RZ<br><br>**ORDER GRANTING ATTORNEYS FEES, COSTS AND EXPENSES TO FOTONA D.D.**<br><br>**Judge:**       Hon. Manuel L. Real<br>**Courtroom:**   8 |

1 | The Motion of Defendant Fotona d.d. came on regularly for hearing on November
2 | 15, 2010, in Courtroom 8 of the above-titled Court, the Honorable Manuel L. Real
3 | presiding. Having reviewed the moving, opposing and reply papers, and having heard
4 | arguments of counsel, the Court hereby orders that Fotona's Motion for Attorneys Fees,
5 | Costs and Expenses be GRANTED and Fotona be awarded fees, expenses and costs in
6 | the total amount of $102,971.67, pursuant to 35 U.S.C. Section 285 and the Court's
7 | inherent authority. The fees, expenses and costs shall be paid by Millennium Dental
8 | Technologies, Inc. by November 25, 2010.

**IT IS SO ORDERED, ADJUDICATED AND DECREED.**

DATED: November 17, 2010  _____

Hon. Manuel L. Real

United States District Judge

Submitted by:
GRAVES & WALTON LLP


By:   /s/ Philip J. Graves
        Philip J. Graves
        Shen Li Khong
        Attorneys for Defendant
        FOTONA d.d.